196 So. 901

### Eugene CULPEPPER v. STATE.

**8 Div. 989.**

Court of Appeals of Alabama.

April 2, 1940.

Rehearing Denied April 2, 1940.

Harold T. Foster, of Scottsboro, and Wm. C. Rayburn, of Guntersville, for appellant.

Thos. S. Lawson, Atty. Gen., and Wm. N. McQueen, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

196 So. 901

### Beverly DARBY v. STATE.

**7 Div. 531.**

Court of Appeals of Alabama.

June 4, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

194 So. 891

### Eugene (allas Gene) DARBY v. STATE.

**8 Div. 865.**

Court of Appeals of Alabama.

March 12, 1940.

Raymond Murphy, of Florence, for appellant.

Thos. S. Lawson, Atty. Gen., and Prime F. Osborn, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

193 So. 885

### A. R. DAVENPORT v. A. J. DARBY, Ex'r.

**8 Div. 931.**

Court of Appeals of Alabama.

Jan. 18, 1940.

F. E. Throckmorton, of Tuscumbia, for appellant.

Orlan B. Hill, Jr., of Florence, for appellee.

PER CURIAM.
Appeal dismissed for want of prosecution.

196 So. 901

### Madison DAVIS v. STATE.

**5 Div. 91.**

Court of Appeals of Alabama.

March 12, 1940.

Rehearing Denied June 25, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.